**Yigal BOSCH, Plaintiff–Appellant**

v.

**CITY OF HOUSTON, Defendant–
Appellee.**

No. 12–20491
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 9, 2013.

Yigal Bosch, Houston, TX, for Plaintiff–
Appellant.

Judith Lee Ramsey, Esq., Senior Attorney, LA. Teehan, City of Houston Legal
Department, Houston, TX, for Defendant–
Appellee.

Before WIENER, ELROD, and
GRAVES, Circuit Judges.

PER CURIAM: *

Yigal Bosch challenges the district
court's dismissal of his petition for removal
of his state court action. Because the
removal statutes provide that only a defendant may remove a state action to federal
court, the district court did not err in
determining that removal by Bosch was
improper. *See* 28 U.S.C. §§ 1441(a),
1443(1), 1446(a); *McKenzie v. United
States,* 678 F.2d 571, 574 (5th Cir.1982).
AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

